IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN WATERLOO DIVISION

| | |
|---|---|
| DEBORAH A. BAMRICK, | |
| Plaintiff, | No. 11-cv-2050-EJM |
| vs. | JUDGMENT |
| SAM'S WEST, INC., | |
| Defendant. | |

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. Therefore,

IT IS ORDERED AND ADJUDGED pursuant to the Jury Verdict (doc. no. 50):

Judgment is entered in favor of Defendant Sam's West, Inc. and against Plaintiff Deborah A. Bamrick.

Dated June 12, 2013

ROBERT L. PHELPS
CLERK

_____
Deputy Clerk